IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nestor Morales-Ramirez, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| International Personnel Resources, Inc., et al. | : | NO. |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Stacie Jonas</u>_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                        J.

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Stacie Jonas_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1371_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Tennessee | 10/22/2008 | TN BPR 027334 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| M.D. Tenn. | 01/09/2009 | TN BPR 027334 |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for* Aquiles Valdivia-Salinas, Antonio Rivera-Martinez, Walter Gomez-Rosa, Efren Nava-Munoz, Gerson Isaias Gonzalez-Yuman, Mario Antonio Rosa-Borja, Milton Ranfery Oliva-Bolvito, Jose Victor Carranza-Juarez, Pedro Joaquin Lorente-Rivera, Juan Francisco Escoto-Rayo, Julio Cesar Escoto-Rayo, Jose Uriel Rodriguez-Aguilar, Jose Aguilar-Aguilar, Oscar Gonzalez-Soto, Ruben Gonzalez-Soto, Alfredo Gonzalez-Soto, Juan Jose Vega-Hinojosa, Javier Gonzalez-Soto, and Ismael Sanchez-Arreguin

_Stacie Jonas_ (Applicant's Signature)

10/1/10 (Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Southern Migrant Legal Services, 311 Plus Park Blvd, Ste. 135, Nashville, TN, 37217 Tel: (615) 750-1200

Sworn and subscribed before me this
01 Day of October, 2010

_____ Notary Public

DINA GUARDADO
NOTARY PUBLIC AT LARGE
DAVIDSON COUNTY, TENN.
MY COMMISSION EXPIRES JULY 5TH 2011

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Stacie Jonas___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Arthur N. Read | *[signature]* | 12/09/2010 | 29360 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Friends of Farmworkers, Inc.

42 S 15th St, Suite 605

Philadelphia, PA 19102-2205

Sworn and subscribed before me this

2nd  Day of  December , 20 10

*[signature]*
Notary Public

NOTARIAL SEAL
PREBISTERA RODRIGUEZ
Notary Public
PHILADELPHIA CTY, PHILADELPHIA CNTY
My Commission Expires Apr 7, 2012