PD

$40

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
DEC 07 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Nestor Morales-Ramirez, et al.        :        CIVIL ACTION

            v.                        :

International Personnel Resources, Inc., et al.     :        NO.

<u>ORDER</u>

AND NOW, this _____ Day of December, 20__, it is hereby

ORDERED that the application of Stacie Jonas, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                                        J.