UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| **Nestor Morales-Ramirez, et al.,**  )<br>  )<br>  **Plaintiffs,**  )<br>  )<br>  v.  )<br>  )<br>  **International Personnel Resources, Inc.**  )<br>  **and the Estate of Michael Glah,**  )<br>  )<br>  **Defendants.**  )<br>  ) | Civil Action No. 2:10-cv-07031-PD |

### PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Dismissal to discontinue the above-styled cause of action and dismiss the complaint without prejudice.

Dated:   February 17, 2011

Respectfully submitted,

_____
Arthur N. Read
    Attorney Registration No. 29360
Teresa Rodriguez
    Attorney Registration No. 93912
Matthew Stark Rubin
    Attorney Registration No. 209423
Friends of Farmworkers, Inc.
42 S 15th St, Suite 605
Philadelphia, PA 19102-2205
Telephone: (215) 733-0878
Fax: (215) 733-0876
    Attorneys for Plaintiffs

Edward Tuddenham
1339 Kalmia Rd. NW
Washington, DC 20012
Telephone: (202) 249-9499
Fax: (512) 532-7780
    Attorney for Plaintiffs

Stacie Jonas
Southern Migrant Legal Services, a Project of
   Texas Riogrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, Tennessee 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349
    Attorney for Plaintiffs Milton Oliva-Bolvito, Gerson Gonzalez-Yuman, Jose Victor Carranza-Juarez, Mario Rosa-Borjas, Walter Gomez-Rosa, Aquiles Valdivia-Salinas, Pedro Lorente-Rivera, Juan Escoto-Rayo, Julio Escoto-Rayo, Juan Jose Vega-Hinojosa, Ismael Sanchez-Arreguin, Javier Gonzalez-Soto, Oscar Gonzalez-Soto, Ruben Gonzalez-Soto, Alfredo Ignacio-Soto, Antonio Rivera-Martinez, Efren Nava-Muñoz, Jose Uriel Rodriguez-Aguilar, Walter Gomez-Rosa, and Jose Aguilar-Aguilar

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I am electronically filing this document with the Clerk of Court using the ECF system, which sends notice of such filing to all attorneys known to have entered an appearance in this matter.  No defendant has yet entered an appearance in this case or agreed to accept service herein.

Date:  February 17, 2011

_____
Arthur N. Read